COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



NOTICE

Appellate case name:     Aleksander Borisov v. Clerk of Small Claim Court

Appellate case number:    01-15-00522-CV

Trial court case number:   1041858

Trial court:             County Civil Court at Law No. 4

      The Court's records indicate that your notice of appeal on the merits of the underlying case may not have been timely filed. *See* TEX. R. APP. P. 26.1 (requiring notice of appeal to be filed within thirty days after date judgment is signed). A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by rule 26.1, but within the 15-day extension period provided by Rule 26.3. *See* TEX. R. APP. P. 26.1, 26.3; *Verburgt v. Dorner*, 959 S.W.2d 615, 617–18 (Tex. 1997). The appellant must, however, offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See* TEX. R. APP. P. 10.5(b)(1)(C), 26.3; *Jones v. City of Houston*, 976 S.W.2d 676, 677 (Tex. 1998).

      Accordingly, the Court has directed me to notify you that unless, **within 10 days of the date of this notice**, you respond in writing, providing a reasonable explanation for untimely filing the notice of appeal, your appeal may be dismissed. *See* TEX. R. APP. P. 42.3(a), (c).

Clerk's Signature:  /s/ _____
                         Christopher A. Prince, Clerk of the Court

Date:  November 19, 2015